IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

UNITED STATES OF AMERICA,
Plaintiff,

v.

CITY OF LUBBOCK, TEXAS,
Defendant.

Civil Action No: 5:15-CV-234-C

**JOINT MEMORANDUM AND ADVISORY ON REMAINING ISSUES**

Plaintiff United States of America ("United States") and Defendant City of Lubbock, Texas ("City") submit this Joint Memorandum and Advisory on Remaining Issues pursuant to the Court's December 13, 2018 Order directing the parties to advise the Court whether all issues before the Court have now been resolved, such that this action should be closed. Dkt. 44. The Parties respectfully request that the Court not close this matter at this time. While the majority of the terms of the Decree have been fully executed, the Parties want to ensure that candidates found by the Court to be eligible for priority hiring relief, Dkt. 41, have one last opportunity to participate in the City's regular selection process for the probationary police officer position, which will begin in January 2019.

## I. Most of the Terms of the Decree Have Been Successfully Executed.

The Consent Decree includes provisions on general injunctive relief, as well as provisions addressing individual relief to eligible claimants. With respect to injunctive relief, the Decree requires, among other things, that the City "adopt and use new, lawful selection devices to hire

probationary police officers in place of the Police Written Entrance Exam and the PFT." Dkt. 19-1 ¶ 36. With respect to individual relief, the Decree requires that the City provide monetary relief (i.e., back pay) and/priority hiring relief to eligible claimants. Dkt. 19-1 ¶ 43.

Since the Court approved and entered the Decree on November 14, 2016, the Parties have worked effectively together to implement the Decree's terms. In this regard, the City satisfied its obligations to adopt and use new, lawful selection devices to hire probationary police officers. Likewise, claimants found by the Court to be eligible for monetary relief only, Dkt. 41, have received their monetary awards. What remains is to ensure that claimants who were found by the Court to be eligible to seek priority hiring have had sufficient opportunity to secure priority hire by satisfying the City's regular selection process for the probationary police officer position.

## II. The Parties Anticipate Seeking Dissolution of the Decree and Closure of this Case after the Completion of Eligible Claimants' Participation in the City's Next Selection Process.

The City is scheduled to administer a Probationary Police Officer Exam on January 12, 2019. Claimants found eligible to seek priority hire have been sent notice of the examination and invited to register for the examination. If no eligible claimant elects to participate in the next selection process beginning in January 2019, or if no eligible claimant successfully completes each step of the City's regular selection process (except for any maximum age requirement), the Parties will promptly notify the Court, seek dissolution of the Decree and ask that the case be closed. If an eligible claimant participates in the upcoming selection process, *and* successfully completes each step of the process, the Parties will seek dissolution of the Decree upon notice from the City to the United States that the claimant was credited with retroactive seniority benefits available to such claimants under the Decree. Dkt. 19-1 ¶¶ 104, 109.

## III. Conclusion

For the foregoing reasons, the Parties request that Court not close this matter at this time. The Parties will promptly notify the Court after the completion of eligible claimants' participation in the City's next selection process for probationary police officers. At this time, the Parties anticipate being able to request dissolution of the Decree and closure of this case in the next six months.

Respectfully submitted,

**FOR PLAINTIFF UNITED STATES OF AMERICA:**

*/S Hector F. Ruiz, Jr.*

________________________________

HECTOR F. RUIZ, JR.
(TX Bar No. 24029814)
hector.ruiz@usdoj.gov
JENNIFER M. SWEDISH
(NY Bar No. 4469730)
jennifer.swedish@usdoj.gov
ALISA C. PHILO
(CA Bar No. 295892)
alisa.philo@usdoj.gov
U.S. Department of Justice
Civil Rights Division
601 D Street, NW, Room 4034
Washington, DC 20579
Telephone: (202) 514-9694
Facsimile: (202) 514-1005

Attorneys for Plaintiff United States of America

**FOR DEFENDANT CITY OF LUBBOCK, TEXAS**:

*/S Brian Begle (with consent)*

________________________________

BRIAN J. BEGLE
(TX Bar. No. 00785311)
(Federal I.D. No. 15767)
BBegle@olsonllp.com
Olson & Olson, L.L.P.
Wortham Tower, Suite 600
2727 Allen Parkway
Houston, Texas 77019
Telephone: (713) 533-3800
Facsimile: (713) 533-3888

Attorney for Defendant City of Lubbock, Texas

Date: December 20, 2018

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of December 2018, I filed the foregoing JOINT MEMORANDUM AND ADVISORY ON REMAINING ISSUES with the Clerk of the Court by using the CM/ECF system which will automatically send a notice to all counsel of record.

*/Hector F. Ruiz, Jr.*

Hector F. Ruiz, Jr

Attorney for Plaintiff United States