IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>CITY OF LUBBOCK, TEXAS,<br>Defendant. | ) | Civil Action No: 5:15-CV-234-C |

## JOINT MOTION FOR DISMISSAL OF ACTION

Plaintiff United States of America ("United States") and Defendant City of Lubbock, Texas ("City") submit this Joint Motion for Dismissal of Action pursuant to the Court's February 6, 2019 Order directing the parties to advise the Court whether all issues before the Court have now been resolved, such that this action should be closed. Dkt. 46. The Parties respectfully submit that the terms of the Consent Decree have been satisfied and request dismissal of this action.

### I. The Last Remaining Issue Before the Court Has Been Resolved

As the Parties noted in their Joint Memorandum and Advisory on Remaining Issues, Dkt. 45, the City satisfied its obligations to adopt and use new, lawful selection devices to hire probationary police officers. Likewise, claimants found by the Court to be eligible for monetary relief only received their monetary awards. The sole remaining issue at the time of the Parties' last advisory was to ensure that candidates found by the Court to be eligible for priority hiring relief had sufficient opportunity to participate in the City's regular selection process for the probationary police officer position.

The City invited eligible claimants to participate in the City's selection process and administered a Probationary Police Officer Exam on January 12, 2019. Only two eligible claimants took the examination. Of these two claimants, only one claimant passed. That claimant has since withdrawn voluntarily from the City's selection process. There are no other claimants currently in the process of satisfying the City's regular selection process. The City has no further obligations under the Decree to eligible claimants. *See* Dkt. 19-1 ¶¶ 9-101. With these obligations complete, the Consent Decree shall dissolve by its own terms. Dkt. 19-1 ¶ 116.

## II. Conclusion

For the foregoing reasons, the Parties respectfully submit that terms of the Consent Decree have been satisfied and request dismissal of this action. Dkt. 19-1 ¶ 117.

Respectfully submitted,

**FOR PLAINTIFF UNITED STATES OF AMERICA:**

*/S Hector F. Ruiz, Jr.*

HECTOR F. RUIZ, JR.
(TX Bar No. 24029814)
hector.ruiz@usdoj.gov
ALISA C. PHILO
(CA Bar No. 295892)
alisa.philo@usdoj.gov
U.S. Department of Justice
Civil Rights Division
601 D Street, NW, Room 4034
Washington, DC 20579
Telephone: (202) 514-9694
Facsimile: (202) 514-1005

**FOR DEFENDANT CITY OF LUBBOCK, TEXAS**:

*/S Brian Begle (with consent)*

BRIAN J. BEGLE
(TX Bar. No. 00785311)
(Federal I.D. No. 15767)
BBegle@olsonllp.com
Olson & Olson, L.L.P.
Wortham Tower, Suite 600
2727 Allen Parkway
Houston, Texas 77019
Telephone: (713) 533-3800
Facsimile: (713) 533-3888

Attorney for Defendant City of Lubbock, Texas

Attorneys for Plaintiff United States of America

Date: February 8, 2019

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of February 2019, I filed the foregoing JOINT MOTION FOR DIMISSAL OF ACTION with the Clerk of the Court by using the CM/ECF system which will automatically send a notice to all counsel of record.

*/s Hector F. Ruiz, Jr.*

Hector F. Ruiz, Jr
Attorney for Plaintiff United States